TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00613-CV






Clayton McBryde, Appellant


v.


Grande Communications, Inc.; The City of Austin d/b/a Austin Energy; The City of Austin
d/b/a Austin Energy Ventures; The City of Austin d/b/a Austin Energy Services; and The
City of Austin d/b/a Austin Energy Products; et al, Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. GN301906, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N

 Appellant has filed an unopposed motion to dismiss. We grant the motion and
dismiss the appeal. Tex. R. App. P. 42.1(a)(2).


 ___________________________________________

 David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed: April 2, 2007